

1101 Laurel Oak Road
Voorhees, NJ 08043

June 8, 2022

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, PC
112-A West Tabb Street
The Eliza Spotswood House
Petersburg, VA 23803
Via Email to: dale@pittmanlawoffice.com

Gilad Bendheim
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Via Email to: gilad.bendheim@kirkland.com

**Case Number: 01-22-0001-8331**

Shawn Justis
-vs-
CIOX

Dear Parties:

After careful review of the parties' comments, the AAA has determined the claimant has met the filing requirements by providing an arbitration clause that names the AAA. Any further dispute regarding the arbitrability of this claim should be raised to the arbitrator for a determination once one has been appointed. However, please note the respondent's contentions will be noted in the case file for the arbitrator to review.

We have not received the administrative fees and arbitrator compensation from respondent as requested in our previous correspondence. **Respondent is requested to remit payment in the amount of $3,050 to the AAA to be received by June 22, 2022**. As the claimant has met the filing requirements, respondent's fee is due regardless of whether the case settles or is withdrawn.

If payment was already sent, please send an email with the payment details so that payment is properly allocated. If this non-payment is simply an oversight on respondent's behalf, we trust payment will be made without delay.

Please note: should the business not comply with our request by the above response date, we may decline to administer any other consumer disputes involving this business and request that the business remove the AAA name from its arbitration clause so that there is no confusion to the public regarding our decision. Furthermore, pursuant to the R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

At this time we are inquiring as to whether the consumer is willing to pay this outstanding amount, minus the expedited review fee of $250, and seek recovery of these fees through the arbitrator's award. Claimant is not obligated to pay respondent's fee. Should claimant decide to advance the business' portion of the fee, please email me before the business' response deadline.

If we do not timely receive the business' portion of the filing fees, we will notify the parties that we have administratively closed this case and refund any payment received from claimant. **Please note payment should be submitted by credit card or electronic check. Please confirm the email address AAA may send a secured Paylink with instructions to submit payment via either method**. In the event, a check is the only method that you can provide payment, please make the check payable to the American Arbitration Association and include a reference to the case number. Checks should be mailed to 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

Thank you for your attention to this matter. If for any reason respondent will not be able to comply with our request by the noted response date, please send an email requesting an extension prior to the deadline. Please email consumerfiling@adr.org if you have any questions.

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457